IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
ST JOSEPH DIVISION

| | |
|---|---|
| Keith Edward Stevenson, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) Case No. 11-6015-CV-SJ-JTM |
| | ) |
| Patrick Trauernicht, DDS, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Pending before the Court is. After due consideration of the issues presented, and for the reasons set forth in defendant's motion and not objected to by plaintiff, it is

**ORDERED** that *Defendant's Motion To Substitute The United States For Defendant Patrick Trauernicht, DDS, And Motion To Dismiss Based On Plaintiff's Failure to Exhaust Administrative Remedies With Supporting Suggestions,* filed March 11, 2011 [Doc. 5] is **GRANTED**. Accordingly the Clerk of the Court shall substitute the United States of America for the named defendant, Patrick Trauernicht, DDS. Thereafter, this matter is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies prior to filing this action.

  /s/ John T. Maughmer  
**JOHN T. MAUGHMER**
**U. S. MAGISTRATE JUDGE**